Dismissed and Memorandum Opinion filed September 4, 2003









Dismissed and Memorandum Opinion filed September 4,
2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00850-CV

____________

 

APPROXIMATELY $14,880.00, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 55th District
Court

Harris County, Texas

Trial Court Cause No. 03-10183

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment in a civil forfeiture
proceeding signed April 28, 2003.  On
August 21, 2003, appellant, Diana Gonzalez, filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed September 4, 2003.

Panel consists of Chief Justice
Brister and Justices Anderson and Seymore.